**FILED**
March 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Laura Loera_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **AFFORDABLE INSURANCE GROUP INC**, a § | **EP-23-CV-0095-KC** |
| Florida Corporation § | |
| § | |
| **Defendants.** § | |

# PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE
# AND MOTION TO VACATE ALL DEADLINES

The Plaintiff and Defendant AFFORDABLE INSURANCE GROUP INC, respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendant's counsel are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines for Defendant AFFORDABLE INSURANCE GROUP INC, related to the above-captioned matter and allow 30 days to submit the said Agreement.

March 31, 2023                              Respectfully submitted,

*[signature]*

Erik Salaiz
Plaintiff, Pro-se
319 Valley Fair Way
El Paso, TX 79907
915-252-9280

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **AFFORDABLE INSURANCE GROUP INC,** a § | EP-23-CV-0095-KC |
| Florida Corporation § | |
| § | |
| **Defendants.** § | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S NOTICE OF SETTLEMENT** to be served via electronic mail on all counsel of record.

Dated March 31, 2023,                    Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-252-9280
Salaiz.ep@gmail.com