Case 3:23-cv-00095-KC   Document 8   Filed 04/26/23   Page 1 of 3

FILED
April 26, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_Javier Martinez\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** | § |
| **Plaintiff,** | § |
| v. | § |
| **AFFORDABLE INSURANCE GROUP INC,** a Florida Corporation | § EP-23-CV-0095-KC |
| **Defendants.** | § |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant AFFORDABLE INSURANCE GROUP INC have resolved their case. Plaintiff hereby requests the Court to dismiss the case against AFFORDABLE INSURANCE GROUP INC, with prejudice.

Dated April 25, 2023,                              Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-252-9280
Salaiz.ep@gmail.com

**RECEIVED**
April 26, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Javier Martinez___
               DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **AFFORDABLE INSURANCE GROUP INC,** a § | **EP-23-CV-0095-KC** |
| Florida Corporation § | |
| § | |
| Defendants. § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, _____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **AFFORDABLE INSURANCE GROUP INC,** a § | **EP-23-CV-0095-KC** |
| Florida Corporation § | |
| § | |
| **Defendants.** § | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated April 25, 2023,                           Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-252-92280
Salaiz.ep@gmail.com